United States District Court for the
District of Massachusetts
File Number: 1:19-cv-11049-LTS

| | |
|---|---|
| PAUL DISMUKES,                                        )<br>       Plaintiff                               )<br>                                          )<br>v.                                              )<br>                                          )<br>BRANDEIS UNIVERSITY et al.,     )<br>       Defendants                         ) | **Notice of Appeal** |

      Notice is hereby given that Paul Dismukes, (plaintiff *pro se*) in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment and/or order granting summary judgment to the defendants entered in this action on the 16th day of April, 2021.

(s)
Attorney for: Brandeis University
Address: 415 South Street Waltham Massachusetts 02453